IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01719-CMA-CBS

VALERIE JOHNSON,

    Plaintiff,

v.

BOULDER COUNTY SHERIFF'S OFFICE, and
BILL BLACK, in his individual capacity,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulation for Dismissal (Doc. # 18) and being otherwise fully advised, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to bear his, her or its own costs and attorney's fees.

DATED: January __13__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge